AUSA Castillo

# United States District Court

For the Western District of Texas
Austin Division

FILED
April 09, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Yvette Lujan_____
DEPUTY

| | |
|---|---|
| United States of America, § § § v. § § Antonio Morales-Almagen § Aka: Rigoberto Lopez Hernandez, § Bayron Lopez Hernandez, Bayron § Randolfo Lopez Hernandez, Bayron Lopez, Byron Lopez, Bayron Lopezhernandez, Bayron Randolf Lopezhernandez, Rigoberto Lopezhernandez | Case Number: **1:25-mj-411** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **August 09**, **2021**, in the county of **Travis**, in the Western District of Texas, the defendant, **Antonio Morales-Almagen**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **August 09, 2021**, the defendant, an alien, was found in the Travis County Jail, Austin, Texas, within the Western District of Texas**.** A deportation officer identified the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Honduras** on or about **December 22**, **2009**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (M. Gomez-Molina)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

| April 09, 2025, | at | Austin, Texas |
|---|---|---|
| Date | | City and State |

Susan Hightower
United States Magistrate Judge

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer